IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-148FL

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOPSAIL SPORTSWEAR, INC., and )<br>PALDO SIGN AND DISPLAY COMPANY, )<br>)<br>Defendants. ) | **ORDER** |

After considering Plaintiff, Hartford Casualty Insurance Company's Motion to Default Topsail Sportswear, Inc., upon proper notice to all counsel of record, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, Hartford Casualty Insurance Company's motion is GRANTED and an Order of Default is hereby entered against Defendant, Topsail Sportswear, Inc.

SO ORDERED, this 16th day of February, 2011.

_____
DENNIS P. IAVARONE, CLERK