IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CV-148-FL

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| TOPSAIL SPORTSWEAR, INC.; and PALDO SIGN AND DISPLAY COMPANY, | ) ) ) ) | |
| Defendant. | | |

This matter comes before the court on plaintiff's motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 41(a)(2) (DE # 61). Plaintiff's complaint was filed in the Northern District of Illinois on March 5, 2010, and named Topsail Sportswear, Inc. ("Topsail"), and Paldo Sign and Display Company ("Paldo"), as defendants. The matter was transferred to this district on July 27, 2010. Default was entered against Topsail on February 16, 2011. Plaintiff's motion now informs that the parties have reached an agreement to settle the matter, and requests that the court dismiss its complaint without prejudice. Neither defendant has pleaded a counterclaim. Accordingly, plaintiff's motion is GRANTED and the complaint is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED, this the 12th day of July, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge